UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBIN BUNLEY**                                            CIVIL ACTION

**VERSUS**

**JAMES LEBLANC, ET AL.**                         NO.: 17-00228-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 10)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses *pro se* Plaintiff Robin Bunley's **Complaint (Doc. 1)** filed against Defendants pursuant to 42 U.S.C. §1983, alleging that the legal programs department at the Louisiana Correctional Institute for Women is insufficient. The Magistrate Judge recommended that Plaintiff's action be dismissed with prejudice as legally frivolous and for the failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

The Report and Recommendation notified the parties that, pursuant to 42 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 10)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Plaintiff's action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 9th day of June, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**